Exhibit 4

### Page 13

(1) Q. The yearly evaluation, I believe that
(2) you said that Eric did a yearly, you recall one
(3) yearly evaluation with Eric?
(4) A. With myself, yes.
(5) Q. Was that in writing, an actual written
(6) evaluation that you signed off on?
(7) A. Yes.
(8) Q. When did that happen, in '06?
(9) A. That happened at the end of 2005.
(10) There were – I will elaborate
(11) here for a second, because there were a lot of – at
(12) that point we were being part of the Hartford
(13) evaluations and such; there was a lot of paperwork
(14) happening around that time.
(15) Q. Around the end of '05?
(16) A. Yes.
(17) Q. And it's your understanding that it
(18) was because Planco's evaluation system was being
(19) brought along with Hartford's around that time?
(20) A. That was what I was being told by
(21) management.
(22) Q. Sitting here today, how would you
(23) describe your relationship with Tony? Would you
(24) still consider him a friend?

### Page 14

(1) A. Today?
(2) Q. Yes.
(3) A. I usually talk – probably not. I mean, I
(4) usually talk to my friends more often than years.
(5) Q. Would you not consider Tony a friend
(6) now simply because you haven't talked to him in a
(7) while?
(8) A. Because I don't see him daily.
(9) Q. But the last time you saw him, would
(10) you still consider him a friend when he worked here?
(11) A. Yes.
(12) Q. You've in the past when Tony was here,
(13) you socialized some times with Tony after work?
(14) A. Mm-hmm. On a handful of occasions, actually
(15) less than a handful.
(16) Q. Can you describe those occasions for
(17) me?
(18) A. Sure. I'm not going to sequence it, because
(19) I can't remember exactly. One occasion there was a
(20) boathouse, I'm sorry, a dragon boat race down on
(21) Kelly Drive. He was the only IT person there. I
(22) had taken the train in, talked with him, and he had
(23) said, "I will give you a ride home." That was one
(24) occasion. I'm sorry, ride to the train station.

### Page 15

(1) The other occasion was, we went
(2) to the shooting range, he was an avid NRA member,
(3) and we shot. He taught me how to handle a gun and
(4) also how to shoot it safely.
(5) He gave me a tour of the
(6) Inquirer.
(7) I'm just thinking. I think that
(8) was it.
(9) Q. I believe Tony mentioned that he also
(10) went with you to look at an apartment?
(11) A. I'm sorry, yes. Yes. Sorry. That was
(12) another one.
(13) Q. Give me an idea of, this boat race you
(14) mentioned, you didn't go to the boat race with Tony?
(15) A. No.
(16) Q. Was that something company sponsored?
(17) A. Yes.
(18) Q. I take it you obviously bumped into
(19) Tony there?
(20) A. Yes.
(21) Q. And that's the first occasion that you
(22) socialized with him outside of work?
(23) A. I don't recall if that was the first
(24) occasion. That was one of the occasions.

### Page 16

(1) Q. When you both worked here, did you
(2) ever go out to lunch with Tony?
(3) A. Not that I recall. If it was, it was in a
(4) group. A lot of times we would go out as a group.
(5) Q. Do you recall Tony going out with you
(6) as a group to a lunch on occasion?
(7) A. I can't recall, yes. He is very quiet.
(8) Q. Tell me if it's changed during the
(9) course of time, but what is your usual practice,
(10) like, for example, on a lunch break here, do you go
(11) out or do you eat in?
(12) A. It changes over time. Me personally,
(13) probably the last 2 years I tend to socialize with
(14) people outside of my department more or I will eat
(15) out with friends or bring my lunch in. Within the
(16) group, they would still, they go out together a lot
(17) of times. Team members typically go out together,
(18) though.
(19) Q. So it varies, some times you'd go out;
(20) some times you'd eat in?
(21) A. Correct.
(22) Q. When you ate in, were there any
(23) occasions when you and Tony had lunch together
here?
(24) A. I'm recalling we would do off-hour work. I

## Page 17

(1) do remember like a McDonald's or a Wendy's where we
(2) ate like at dinnertime here when we were doing an
(3) upgrade. That comes to mind, but mm-mm, I don't
(4) remember anything else besides that.
(5)    Q.    What is the next occasion you had, a
(6) social occasion you had with Tony after the boat
(7) race, would the boat race, I think you said that was
(8) the first time you really –
(9)    A.    I can't recall the first.
(10)    Q.    When did you go with Tony? Do you
(11) remember what year that the boat race was? You
(12) started in '05.
(13)    A.    Sure. It was in the fall of '05.
(14)    Q.    When did you go out shooting with
(15) Tony? Was it after that, later than the fall of
(16) '05?
(17)    A.    It was before, before that.
(18)    Q.    How did you come about going out
(19) shooting with Tony?
(20)    A.    Tony is very for gun control – I'm sorry,
(21) not gun control. Let me rephrase that.
(22) It's a hobby of his. I'm very
(23) antigun. And we would have debates all the time as
(24) far as, you know, you should be able to carry, you

## Page 18

(1) shouldn't be able to carry.
(2) He took out another co-worker of
(3) mine and, you know, would keep saying, "Christie,
(4) just give it a try. I will teach you the right way
(5) to do it. It's nothing to be afraid of." And
(6) that's how he lured me per se, yes, or got me to go.
(7)    Q.    Would Tony talk about his interest of
(8) guns at work?
(9)    A.    Yes.
(10)    Q.    A lot?
(11)    A.    It was a known fact.
(12)    Q.    Did Mr. Olshevski know about that,
(13) Tony's interest in guns?
(14)    A.    I don't know.
(15)    Q.    Do you know if Mr. Paladino knew about
(16) that?
(17)    A.    Yes.
(18)    Q.    Who is the co-worker that Tony you
(19) said also took out shooting?
(20)    A.    John Evans.
(21)    Q.    I take it at the time Tony took you
(22) out shooting you did not own a gun?
(23)    A.    Correct.
(24)    Q.    Did you purchase a gun after that?

## Page 19

(1)    A.    No.
(2)    Q.    Had you, other than that one occasion,
(3) had you ever gone out shooting?
(4)    A.    No, just with Tony.
(5)    Q.    Did you enjoy the experience?
(6)    A.    Yes.
(7)    Q.    Did you have any discussions about, I
(8) think you actually referred to them as debates, I
(9) guess Tony was a strong NRA-type guy?
(10)    A.    I'm sorry, I didn't hear what you first
(11) said.
(12)    Q.    You mentioned the word debates with
(13) Tony?
(14)    A.    Yes.
(15)    Q.    So Tony was very rigorously progun,
(16) pro second amendment, NRA type?
(17)    A.    Correct.
(18)    Q.    And you would have debates at work
(19) with him about that?
(20)    A.    Correct.
(21)    Q.    Who else would be involved in those
(22) kind of debates?
(23)    A.    Matt Szoke. He used to – yes, he was
(24) involved.

## Page 20

(1)    Q.    Now –
(2)    A.    Sorry, go ahead.
(3)    Q.    I'm sorry, I didn't mean to cut you
(4) off. But was Matt similar to Tony, progun or anti?
(5)    A.    He was not progun. He was anti. The reason
(6) I remember is, he would say the word "use a bat,"
(7) that type of thing.
(8)    Q.    Who was involved in those debates; do
(9) you remember?
(10)    A.    Eric.
(11)    Q.    What was Eric's position on gun or
(12) antigun?
(13)    A.    Moderate. He wasn't, he wasn't passionate
(14) either way. That's all I recall.
(15)    Q.    You said Tony's interest in guns was
(16) known. It's not something he kept secret; you would
(17) agree?
(18)    A.    Yes.
(19)    Q.    The occasion where Tony took you on a
(20) tour of the Inquirer, was that after you went
(21) shooting with him? Well, where did that fall in
(22) terms of the boat race and the shooting?
(23)    A.    I'm having a hard time recalling that. It
(24) was about that time, because it was before I moved

Page 21

(1) to Philadelphia, and I moved to Philly in November,
(2) end of November.
(3)  Q.  November of '05?
(4)  A.  '05.
(5)  Q.  So it was around that time that Tony
(6) took you on the tour of the Inquirer?
(7)  A.  To the best of my memory, yes.
(8)  Q.  And would that apartment that Tony
(9) looked at with you have been in Philadelphia?
(10) A.  Yes, it was.
(11) Q.  So that was around the same time
(12) period?
(13) A.  Again, I'm correlating the time with where I
(14) lived, and I still lived in Royersford, so it was
(15) before November of '05. I can't recall when
(16) exactly.
(17) Q.  And you were looking at apartments in
(18) Philly?
(19) A.  Yes, I was.
(20) Q.  Why did Tony go? Did you ask him to
(21) go with you to look?
(22) A.  I was talking about where I was looking, I
(23) was looking at 28th and Poplar. He knew of the
(24) area and didn't feel it was safe. So he, you know,

Page 22

(1) for my safety was insistent on, "I'm going to be in
(2) the city. Let me meet you down there." And I'm
(3) like, "Well, my appointment is at 7:00 o'clock, it's
(4) on the corner."
(5)  Q.  Tony actually went to the apartment
(6) with you?
(7)  A.  Yes. And he showed up at the appointment
(8) time.
(9)  Q.  When you went on the tour, tell me
(10) about the circumstances of you touring the Inquirer
(11) with Tony.
(12) A.  I had found out that Tony was employed by
(13) the Inquirer, and this is where I'm having a hard
(14) time recalling the purpose of there, other than to
(15) see it. You know, I might have been there looking
(16) at apartments that day. I'm not – it's very foggy,
(17) but ...
(18) Q.  Okay. When Tony took you on the tour
(19) of the Inquirer, were you with anybody else from
(20) Planco, or just you and Tony?
(21) A.  Just me.
(22) Q.  And you said you were aware Tony
(23) worked at the Inquirer. When did you become aware
(24) of that?

Page 23

(1)  A.  Around that time.
(2)  Q.  How did you become aware of that?
(3)  A.  When we went to the apartment, I kept asking
(4) him why were you going into the city, and after a
(5) couple days went by, he had said, you know, a
(6) meeting, he kept saying a meeting.
(7) Tony is very secretive some
(8) times. And then finally he said, you know, I'm
(9) working for the Inquirer, I have a second job.
(10) Q.  And at the time Tony told you that,
(11) you were his supervisor?
(12) A.  I was his lead, yes.
(13) Q.  You were his lead?
(14) A.  Mm-hmm.
(15) Q.  Which is a supervisor, you would
(16) agree?
(17) A.  Yes.
(18) Q.  You were a supervisor?
(19) A.  Mm-hmm.
(20) Q.  Did you mention to anybody at Planco
(21) that Tony had this job with the Inquirer?
(22) A.  No.
(23) Q.  Did that ever come up, Tony's working
(24) at the Inquirer ever come up with Mr. Paladino?

Page 24

(1)  A.  No.
(2)  Q.  Did you ever talk to Tony about
(3) working at the Inquirer after that?
(4)  A.  Not that I recall.
(5)  Q.  Are you aware, other than Mr. – I
(6) think you said John Evans, Tony had taken John Evans
(7) shooting. Did Mr. Evans own a gun, to your
(8) knowledge?
(9)  A.  I don't know.
(10) Q.  Was John Evans involved in these
(11) debates about gun, progun, antigun?
(12) A.  He would participate, yes.
(13) Q.  Was Mr. Evans progun or antigun, if
(14) you remember?
(15) A.  I can't remember his stance.
(16) Q.  How often would you have those kind of
(17) discussions with Tony? And did they continue
(18) basically every now and then, come up throughout his
(19) employment?
(20) A.  Yes.
(21) Q.  Steve Olshevski testified that you
(22) were, you told him that you were scared of Tony
(23) towards the end of his employment. Did you tell
(24) Olshevski that?

### Page 25

(1)  **A.**  Yes.
(2)  **Q.**  Why?
(3)  **A.**  I caught Tony surfing the Internet for guns.
(4) It was post Virginia Tech. He was being performance
(5) managed. He wasn't performing his essential
(6) responsibilities.
(7) That day that I expressed that,
(8) it may have been a day or day after, I had five
(9) write-ups to give him. That created fear in me,
(10) because Tony was becoming agitated by all of these
(11) write-ups that he was getting. That would be why I
(12) told him that.
(13)  **Q.**  You had said you had five write-ups to
(14) give Tony. You didn't give them to him, though?
(15)  **A.**  No, I did not.
(16)  **Q.**  So Tony didn't know about those?
(17)  **A.**  Correct.
(18)  **Q.**  And you said Tony had been being
(19) performance managed. Tony was terminated in May of
(20) '06. You had been performance managing him at that
(21) point for about what, over half a year?
(22)  **MS. KRAUSE:**  Clarification. You
(23) said '06.
(24)  **MR. SCHEFFER:**  '07. I'm sorry,

### Page 26

(1) you are right, Darcy.
(2)  **BY MR. SCHEFFER:**
(3)  **Q.**  Tony was terminated in May of '07. At
(4) that point you had been performance managing Tony
(5) over 6 months, some time in late '06, correct?
(6)  **A.**  Yes, around October-ish.
(7)  **Q.**  At the time you started performance
(8) managing Tony, you knew he owned guns at that time,
(9) right?
(10)  **A.**  Yes.
(11)  **Q.**  Did you ever actually view Tony
(12) observing these gun sites?
(13)  **A.**  Yes.
(14)  **Q.**  Tell me about the gun sites you
(15) observed him reviewing.
(16)  **A.**  I'm sorry, at what point?
(17)  **Q.**  Oh, I'm sorry. Did you on more than
(18) one occasion observe him viewing gun sites?
(19)  **A.**  I can recall a few occasions, yes.
(20)  **Q.**  When was the first time?
(21)  **A.**  I don't know the exact date, but it was soon
(22) after I started.
(23)  **Q.**  Okay. I understand. Forget the exact
(24) date. You said soon after you started. So some

### Page 27

(1) time soon after June of '05 you saw him looking at
(2) gun sites on the computer?
(3)  **A.**  Yes.
(4)  **Q.**  What kind of gun sites?
(5)  **A.**  Purchase gun sites, I believe.
(6)  **Q.**  To purchase?
(7)  **A.**  Yes. I don't –
(8)  **Q.**  Did you tell anybody about viewing
(9) Tony looking at those gun sites some time after June
(10) of '05, around that time period?
(11)  **A.**  He made it very obvious that he was doing
(12) it. So I didn't have to tell anyone per se.
(13)  **Q.**  What do you mean he made it obvious?
(14)  **A.**  Eric Paladino knew that he was also surfing
(15) the net.
(16)  **Q.**  Tony was looking at these gun sites
(17) well before he started to be performance managed by
(18) you, correct?
(19)  **A.**  Yes. When the filter was down. I want to
(20) clarify. It wasn't all the time. There was a
(21) filter we had.
(22)  **Q.**  And Mr. Paladino was aware of this
(23) how? He saw him also doing it?
(24)  **A.**  Yes. I seen him walk by.

### Page 28

(1)  **Q.**  What was the next, you said that was
(2) some time around '05. When was the next time you
(3) reviewed Tony observing a gun site?
(4)  **A.**  I can't remember the dates.
(5)  **Q.**  I understand that. I'm not asking for
(6) exact dates.
(7) Would it have been another
(8) occasion in '05? Well, would it have been another
(9) occasion when Mr. Paladino still was managing?
(10)  **A.**  Probably yes.
(11)  **Q.**  About how many times would you say you
(12) viewed Tony looking at gun sites?
(13)  **A.**  Three or four.
(14)  **Q.**  When was the last time you observed
(15) Tony reviewing gun sites on his computer?
(16)  **A.**  The day he was terminated.
(17)  **Q.**  What type of gun sites was he looking
(18) at then?
(19)  **A.**  Handgun. That's what I saw.
(20)  **Q.**  Had you observed him viewing
(21) handgun sites before?
(22)  **A.**  Yes.
(23)  **Q.**  You observed him viewing those type of
(24) sites when Mr. Paladino was the manager?

Page 29

(1) A. Yes.
(2) Q. Were the handgun sites Tony was
(3) visiting on the last occasion before he was
(4) terminated any different from the ones he had been
(5) viewing before when Mr. Paladino managed him?
(6) A. No.
(7) Q. Can you describe in any other way the
(8) gun sites you saw Tony viewing that last day that he
(9) was here?
(10) A. I just remember seeing handguns.
(11) Q. During the time period that Tony
(12) was – after that last day that he was here, did
(13) anybody from HR or corporate in Hartford talk to you
(14) about your witnessing Tony view the gun sites on
(15) that day?
(16) A. No.
(17) Q. Tell me about the context of you
(18) mentioning to Mr. Olshevski that you were scared of
(19) Tony. Was that just a conversation you and he had?
(20) A. That was after the fact. That was – I
(21) can't recall if it was that night or the next day.
(22) I do remember the day after Tony was let go, I had a
(23) lot of anxiety, and there was still fear. Tony knew
(24) where I lived. Again, you know, it's

Page 30

(1) post-Virginia Tech. That was the context in which I
(2) was having a conversation with Steve.
(3) And they had – you know,
(4) there's off-duty police officers, undercover police
(5) officers at the door, and I ended up leaving early
(6) that day, and I believe that's what Steve Olshevski
(7) is referring to, conversation.
(8) Q. You said you had this conversation
(9) with Steve after Tony was let go?
(10) A. Correct.
(11) Q. That was after he was fired?
(12) A. Yes.
(13) Q. How did you know that Tony had been
(14) fired at the time you had that conversation with
(15) Mr. Olshevski?
(16) A. Jaime Davis called me that evening the night
(17) before to tell me that there was a message in to
(18) Tony, for them to call him to let him know that he
(19) would be terminated.
(20) Q. Had you spoken with Jaime about being
(21) scared of Tony?
(22) A. Yes.
(23) Q. Was it before or after you spoke to
(24) Mr. Olshevski?

Page 31

(1) A. Before. Jaime is who I reported to.
(2) Q. What did you tell Jaime?
(3) A. That I had a concern, that I had just
(4) witnessed someone surfing gun sites; that this
(5) person was an NRA member. I didn't know if my
(6) concern was valid.
(7) She asked who it was. I told
(8) her. I had said I'm really – she asked for why I
(9) was concerned. And I said, "Because I have these
(10) write-ups to give him, and I'm afraid."
(11) Q. You were frightened about his possible
(12) reaction after getting the write-ups?
(13) A. Correct.
(14) Q. Which you never gave him?
(15) A. Correct.
(16) Q. Did Jaime ask you about whether you
(17) had ever witnessed Tony viewing gun sites before?
(18) A. Not that I remember.
(19) Q. Did you indicate to her that you had
(20) seen Tony viewing gun sites before that occasion?
(21) A. I can't remember if I did.
(22) Q. Did you tell Jaime that you were aware
(23) of Tony owning guns?
(24) A. Yes.

Page 32

(1) Q. Did Jaime Davis ask you how you were
(2) aware of that?
(3) A. No.
(4) Q. Did she ask you how long you were
(5) aware of Tony owning guns?
(6) A. I don't believe so.
(7) Q. Did you just have this one
(8) conversation with Jaime Davis?
(9) A. That one and the one that evening.
(10) Q. And when you had this first
(11) conversation with Jaime, is that the same day you
(12) saw Tony viewing the sites?
(13) A. Yes.
(14) Q. And then you said you had another
(15) conversation with Jaime that evening?
(16) A. Yes.
(17) Q. Tell me about that conversation.
(18) A. That was a phone call conversation, her
(19) letting me know, since Tony reported to me or I
(20) supervised him, that there was a message into him
(21) and that he would be let go.
(22) Q. So she told you that the same day that
(23) you spoke to her about Tony viewing the sites?
(24) A. Yes.

