```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TONY JACKSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PLANCO | : | NO. 08-5144 |

## ORDER

AND NOW, this 29th day of September, 2009, upon consideration of the defendant's motion for summary judgment (docket entry # 17), and plaintiff's response thereto (docket entry # 19), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry # 17) is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

\s\Stewart Dalzell